

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2020

No. 04-20-00359-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellants' Emergency Third Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. The Appellant's Brief is due January 4, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court